AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

STATE OF INDIANA EX REL. ROKITA

       Plaintiff                            Civil Action No. 2:23-cv-328

v.

CAREPOINTE, P.C.

       Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s),_____ recover from the Defendant(s)_____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: Judgment ENTERED in accordance with the terms of the Consent Judgment in favor of Plaintiff, State of Indiana Ex Rel. Rokita and against Defendant, CarePointe, P.C, in the amount of One Hundred and Twenty-Five Thousand Dollars ($125,000).

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by  Judge Philip P. Simon on Joint Motion to Approve Consent Judgment by Plaintiff State of Indiana Ex Rel. Rokita.

DATE:  11/28/2023                           CHANDA J. BERTA, CLERK OF COURT

                                                         by     s/J. Barboza
                                                                  *Signature of Clerk or Deputy Clerk*